IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD CLARK and MICHAEL SIMS on behalf of themselves, those similarly situated and the general public,

    Plaintiffs,

  v.

PERFECT BAR, LLC,

    Defendant.

No. C 18-06006 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting a motion for to dismiss pursuant to FRCP 12(b)(6) (Dkt. No. 22), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Perfect Bar, LLC, and against plaintiffs Howard Clark, and Michael Sims. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 21, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE